FORM 2
COVER SHEET

08-121 C

RECEIVED
OVER THE COUNTER
FEB 29 2008
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Laudes Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Mark G. Jackson

Firm Name: Garvey Schubert Barer

Post Office Box:

Street Address: 1911 Second Avenue, Suite 1800

City-State-Zip: Seattle, WA 98101

Telephone & Facsimile Numbers: (206) 464-3939 (206) 464-0125 Fax

Is the attorney of record admitted to the Court of Federal Claims Bar? ☑ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☑ Yes ☐ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 4

Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: D O D

See attached sheet for three-digit codes.

Amount Claimed: not less than $ 10,460,607.60

Use estimate if specific amount is not pleaded.

Disclosure Statement:

Is a RCFC 7.1 Disclosure Statement required? ☑ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest:

Indicate approximate dollar amount of procurement at issue: $______

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:

Date of Vaccination: ______

Related Cases:

Is this case directly related to any pending or previous case? ☐ Yes ☐ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.