ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **LAUDES CORPORATION,** *Plaintiff,* v. **THE UNITED STATES,** *Defendant.* | No. 08-121 C |

FILED
FEB 29 2008
U.S. COURT OF FEDERAL CLAIMS

**DISCLOSURE STATEMENT PURSUANT TO RCFC 7.1(a)**

I, the undersigned counsel for Plaintiff, Laudes Corporation, pursuant to United States Court of Federal Claims Rule 7.1(a), hereby state that it has no parent corporation and that no publicly traded corporation owns 10% or more of its stock.

**DATED** this 29th day of February, 2008.

**LAUDES CORPORATION**

By: Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

Counsel of Record for
LAUDES CORPORATION