# In the United States Court of Federal Claims

LAUDES CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 08-121C

(Filed April 3, 2008)

ORDER TO TRANSFER

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with his concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Thomas C. Wheeler.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge