# In the United States Court of Federal Claims

**Filed**: April 3, 2008

**No. 08-121C**

**LAUDES CORPORATION,**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Thomas C. Wheeler**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

**John S. Buckley**
**John S. Buckley, Acting Clerk of the Court**