IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08-121C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests that the Court enlarge the deadline for the Government to file its answer in this case by 46 days, from May 1, 2008, until June 16, 2008. This is our first request for an enlargement. We have discussed this matter with counsel for the plaintiff and represent that plaintiff does not oppose this motion.

The additional time is requested so that Government counsel adequately can prepare and file the Government's response to the complaint. As is our usual practice, as soon as plaintiff's complaint was received by this office, we immediately forwarded it to the appropriate agency (here, the United States Army, "the Army") for creation of a litigation report. However, inasmuch as the events contained in plaintiff's complaint all occurred in Iraq, where the vast majority of relevant records are kept, and a number of important witnesses have since taken new assignments, the Army has been unable to conclude the investigation needed for a complete litigation report.

Accordingly, we respectfully request that the Court grant this unopposed motion for extension of time and enlarge the deadline for the Government to file its answer until June 16, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

Attorneys for Defendant

April 29, 2008