# In the United States Court of Federal Claims

No. 08-121C

(Filed: April 30, 2008)

*************************************** *
*
LAUDES CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On April 29, 2008, counsel for Defendant filed with the Court an unopposed motion for an enlargement of time, requesting an additional 46 days to file its answer to Plaintiff's complaint. For good cause shown, Defendant's motion is GRANTED. Accordingly, Defendant's answer shall be filed on or before June 16, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge