IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-121C |
| v. | ) | |
| | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PROPOSED FINDING OF UNCONTROVERTED FACTS**

Pursuant to Rule 56(h) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully submits the following proposed findings of uncontroverted fact in support of its Motion For Dismissal Or, In The Alternative, Motion For Summary Judgment.

1. On October 24, 2004, plaintiff, Laudes Corporation ("Laudes"), entered into contract USMI-04-CONTINGFOB-01 ("the contract"). A1.[1]

2. The contract was signed by Dr. Ziad Cattan, of the Iraqi Ministry of Defense, as the contracting officer. Id. It also provided, in Block 18a, that payment would be made by the Iraqi Ministry of Defense. Block 26 of the contract, "Accounting and Appropriation Data," contained the words, "IRAQI MINISTRY OF DEFENSE AUTHORIZED FUNDING." Id.

3. Block 9 of the contract provided that it was "issued by" the "PCO Contracting Activity," which, according to block 16 of the contract, was to administer the contract. Id.

4. The contract provided that Laudes could assign its rights to payment under the contract in ways "similar to the United States Law(s)." A10, para (b). The contract's disputes

---

[1] "A__" refers to a page of the appendix attached to this filing. The appendix is simply the contract.

clause provided that the "contract is subject similar to the United States Law(s) with the Contract Disputes Act of 1978." A10, para (d). The contract further provided that "Invoices will be handled similar to the United States Laws with the Prompt Payment Act. . ." A11, para (g)(2). Elsewhere, under the heading ,"Prompt Payment," the contract provided that "[t]he Iraqi Government will make payment similar to the United States Laws with the Prompt Payment Act (31 U.S.C. 2903) and prompt payment regulations at 5 CFR part 1315." A11, para (i)(2).

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/J. Reid Prouty
J. REID PROUTY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305–7586
Fax: (202) 514-7969

June 16, 2008

# Index To Appendix


| Document | Page |
| --- | --- |
| Contract USMI-04-CONTINGFOB-01 | 1 |