LARRY'S COPY

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS**
***OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30***

1. REQUISITION NUMBER: N/A
PAGE 1 OF 12

2. CONTRACT NO.: USMI-04-CONTIGFOB-01
3. AWARD/EFFECTIVE DATE: 10/21/2004
4. ORDER NUMBER: N/A
5. SOLICITATION NUMBER: N/A
6. SOLICITATION ISSUE DATE: 10/20/2004

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: Tim McLaren, Contract Adminstr
b. TELEPHONE NUMBER (No collect calls): (703) 343-9222
8. OFFER DUE DATE/LOCAL TIME: 10/21/20 9:00 am

9. ISSUED BY CODE W914NS
PCO CONTRACTING ACTIVITY
US EMBASSY, IRAQ
APO, AE 09316

10. THIS ACQUISITON IS
[x] UNRESTRICTED
[ ] SET ASIDE: % FOR
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] 8(A)
NAICS:
SIZE STANDARD:

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS: NET 30

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)
13b. RATING: N/A
14. METHOD OF SOLICITATION
[ ] RFQ [ ] IFB [ ] RFP

15. DELIVER TO CODE
CLASSIFIED; 2 LOCATIONS TO BE VERBALLY TOLD

16. ADMINISTERED BY CODE
SAME AS BLOCK 9

17a. CONTRACTOR/OFFEROR CODE FACILITY CODE
LAUDES CORPORATION
Karrada Arasat Al-Hindiya 246/1
Qua 929 Street 25/1 Hay Babil, Baghdad, Iraq
TELEPHONE NO. 0790-191-3905

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18a. PAYMENT WILL BE MADE BY CODE
IRAQI MINISTRY OF DEFENSE
INTERNATIONAL ZONE, BAGHDAD
APO, AE 09316

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | ALL ITEMS LISTED IN ATTACHED SOW<br>ALL ITEMS DELIVERED NO LATER THAN<br>28OCT04 | | | | |

*(Use Reverse and/or Attach Additional Sheets as Necessary)*

25. ACCOUNTING AND APPROPRIATION DATA: IRAQI MINISTRY OF DEFENSE AUTHORIZED FUNDING
26. TOTAL AWARD AMOUNT (For Govt. Use Only): $15,542,179.60

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED
[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ______ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

[ ] 29. AWARD OF CONTRACT: REF. ______________ OFFER DATED ______________. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

30a. SIGNATURE OF OFFEROR/CONTRACTOR: [signature]
31a. ~~UNITED STATES OF AMERICA~~ (SIGNATURE OF CONTRACTING OFFICER): [signature]

30b. NAME AND TITLE OF SIGNER (Type or print): Sandra Ellis Comptroller
30c. DATE SIGNED: 10/24/2004
31b. NAME OF CONTRACTING OFFICER (Type or print): Dr- Ziad Cattan
31c. DATE SIGNED: 10/~~21~~24/2004

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 4/2002)
Prescribed by GSA - FAR (48 CFR) 53.212

[Stamp:] وزارة الدفاع الديـــوان Ministry Of Defence H.Q

24. 10. 2004

DEFINITIONS

1 **CONTRACTING OFFICER REPRESENTATIVE (COR):** The contracting officer representative oversees and is the point of contact for all operations by the contractor. A contracting officer's representative (COR) is a government official appointed in writing by the Contracting Officer who provides technical direction, clarification and guidance with respect to the contracting specifications and statement of work. The COR is a technical liaison between the contractor and the Contracting Officer and is responsible for ensuring satisfactory performance and timely delivery as set forth in the contract. The COR appointment letter sets out roles, responsibilities, limitations and duties from the Contracting Officer. The Secretary of Defense, through the DFARS, confers authority on Contracting Officers to designate Contracting Officers Representatives. The Defense Federal Acquisition Regulation Supplement (DFARS) gives express authority to Contracting Officers to designate CORs. This authority is extremely limited. CORs cannot change price, quantity, quality, delivery or any other terms or conditions of the contract and cannot delegate their authority to another individual. The COR designation must be in writing. The COR in the end, shall provide overall operational direction to most, if not all, of the on-site contractors questions.

2 **FULLY MISSION CAPABLE (FMC):** Equipment that is safe and has all mission essential equipment in a serviceable and operating condition.

3 **NOT MISSION CAPABLE (NMC):** A materiel condition indicating that the equipment cannot perform any one of its mission functions.

4 **FAULT:** A term used to indicate that a piece of equipment has a deficiency or shortcoming.

5 **DEFICIENCY:** A fault or problem that causes equipment to malfunction. Faults that make the equipment not mission capable are deficiencies.

6 **MAINTENANCE:** For the purposes of this Statement of Work (SOW), the term maintenance includes custodial cleaning, sanitization to include but not limited to latrines and shower units, equipment and lubricating generators and minor maintenance repair for ISF wheeled vehicles in accordance with (IAW) applicable maintenance regulations, handbooks, Iraq food service, billeting and administrative standards, and COR guidance.

7 **ORGANIZATIONAL MAINTENANCE (OM):** That maintenance which is the responsibility of and performed by the contractor on and for an organization's assigned equipment. Its phases normally consist of inspecting, servicing, lubricating, adjusting, and replacement of parts, minor assemblies and subassemblies. Organizational maintenance activities normally do not require highly specialized skills or equipment. Contractor shall perform organizational maintenance for all ISF wheeled vehicles.

1.0 <u>SCOPE OF WORK</u>. The contractor shall provide all resources, personnel, equipment and management necessary to operate and maintain two contingency Base Support Camps. The contingency Base Support Camps are to provide basic logistics and life support requirements needed to support Iraqi Security Forces inside the borders of Iraq. The Base Support Camps will be located close to other infrastructure. **The estimated number of personnel required for this operation is 4,800 divided between two (2) camps with a surge capability of 10% required.**

2.0 <u>PERIOD OF PERFORMANCE</u>. The Base camps will be established on a temporary basis only, for ***<u>30-60 days in duration</u>***.

3.0 <u>GENERAL INFORMATION</u>. In the case of inconsistencies, the contractor shall contact the Contracting Officer's Representative (COR)/Liaison Officer (LNO), identify the inconsistency, and seek guidance. COR/LNO will be consider "Key Personnel" and therefore are consider essential personnel to the operation. These individuals cannot be replaced or removed without notification to the Contracting Officer. A site survey will be possible.

4.0 <u>WORKSITE SAFETY</u>. The contractor shall be responsible for the safety of his personnel and base camp residents during all operations. The contractor shall develop a safety plan that details how they will achieve a safe working environment for personnel, equipment and base camp residents. The Government intends to hold the contractor accountable for the implementation of all safety standards.

5.0 <u>ENVIRONMENTAL PROTECTION</u>. Contractor shall fall under the purview of the onsite commander regarding environmental issues; however, the contractor is required to include language in their safety plan under paragraph 4.0, to include environmental safety/health force protections.

6.0 <u>ANTI-TERRORISM AND FORCE PROTECTION (AT/FP)</u>. **Contractor shall establish security measures for the safeguarding of all of their equipment and operation assets. Contractor shall develop and present a security plan for acceptance.** The contractor shall provide required physical security protective measures to include physically securing contractor owned spaces, buildings etc. by means of appropriate locks and other securing mechanisms. The contractor shall not be responsible for providing personnel resources to the base facilities in support of AT/FP. If the contractor chooses to place personnel and equipment outside of the base camp perimeter he is responsible for the physical security of the personnel and equipment.

7.0 <u>CONTRACTOR PERSONNEL REQUIREMENTS.</u> The contractor shall, to the maximum extent possible, hire host/local national personnel. **However, the hiring of host or local personnel shall be less important to the Government than the mission requirements dictate.** Contractor is required to employ a management team consisting of a minimum of 10 percent western employees. **However, all work parties, teams shall have direct supervision and/or oversight using a western employee, to ensure mission success. All western employees will be assigned to a section of the contract to be held accountable for the particular section that they have been assigned. Success or failure of the life support mission requirements will be coordinated by a series of line managers, again western type**

**employees. Whenever possible, the contractor will also employ an "equal" host or local national to be trained in the role of supervisor and act as "second-in-command" or "executive officer" for the western type manager of the section he/she is responsible for. This will lead to an easier transition of knowledge and competency when and if the contract is terminated and/or authority and responsibility of the base is transferred to the Iraqi Government. The contractor shall provide personnel information on all host/local national personnel hired, as required by base security requirements, prior to deployment. This shall be done within the first five days of the person in questions employment; contractor personnel who have not been vetted by the Security office after receiving a proper application for clearance by the contractor shall not be allowed on the base. The base security office shall not unduly restrict or delay the application and vetting process of the contractors submitted personnel. The contractor shall immediately contact the COR or the Contracting Officer if the security office exceeds a reasonable period of time regarding the processing of personnel security applications.**

The contractor shall provide personnel information on all host/local national personnel hired, as required by base security requirements, prior to deployment. The government will not provide facilities such as living quarters for contractor-hired employees. The contractor shall provide all life support services and billeting required for their personnel when deployed.

**8.0** SUPPORT FOR VISITORS. N/A

**9.0** TENTAGE. The contractor shall provide tentage for 4,000 personnel (2000 personnel in each location). The tent must be made of durable, waterproof canvas. The floor of the tents must be made of at least ¾ inch plywood with a buffer between the floor and the ground. The contractor shall provide generators, air conditioning, electricity and lighting for the living tents. The tents shall have fire extinguishers and trash bins. The contractor shall set up and establish the tents. **Tent damage shall be repaired by the contractor, under a one (1) maintenance warranty agreement. This includes rips, tears, broken or damaged poles, flooring that has become unusable due to original installation, frayed roping or attachments to and from the tent, etc.**

**10.0** DELIVERABLES. The contractor shall prepare a preliminary **Integrated Master Plan (IMP)** and provide it to the Contracting Officer/COR during proposal. Additionally, the contractor shall submit the following reports upon receiving a fully executed contract award:

- **10.1 Daily Event Situation Report (SITREP)** consisting of the following:
  - **10.1.1 Accident Reports**, if applicable
  - **10.1.2 Food Service Operations**
    - **10.1.2.1** 14-Day menu (Update every 14 days)
    - **10.1.2.2** MREs on hand and issued
    - **10.1.2.3** Water on hand and issued
  - **10.1.3 Base Camp Maintenance (Weekly)**
    - **10.1.3.1** Equipment and work orders with repair status, if applicable.

This report will include the status of plumbing, latrines, ablution units, food service equipment, and equipment that is down for repairs, replacement, and re-order.

**10.1.3.2** Emergency Repairs Performed

***10.1.4 Fuel Levels (Daily)**

**10.1.4.1** Benzene on hand and issued

**10.1.4.2** Diesel on hand and issued

**10.1.5 Vector Control** Issues if applicable

**10.1.6 Hazardous Material (HAZMAT) Disposal:** if applicable

**10.1.7 Vehicle Maintenance Report**. The contractor shall provide a status report on all ISF vehicle maintenance. The report shall include vehicles in repair, waiting for parts, and vehicles beyond repair. This report shall be submitted weekly.

* Contractor shall submit sample formats for all reports as part of the contractor's proposal.

| Report Name | Frequency | Original | Copies | Special Notes |
|---|---|---|---|---|
| 10.1 SITREP | Daily | COR | Contracting Officer | None |
| 10.1.1 Accident | Per Occurrence | COR | Contracting Officer/ Commandant Base Commander | None |
| 10.1.2 Food Service / Sanitation Reports/ MREs/Water | Weekly; every Monday | COR | Contracting Officer/ Commandant Base Commander / | Must include daily rollup of previous week for every meal |
| 10.1.3 Equipment Status Report/ Emergency Repairs | Weekly; every Monday | COR | Contracting Officer/ Commandant Base Commander | See section for special reporting requirements |
| 10.2 Fuel Report | Daily | COR | Commandant Base Commander/COR | None |
| 10.3 Vector Control | Per Occurrence | COR | Commandant Base Commander/COR | None |
| 10.4 HAZMAT | Per Occurrence | COR | Commandant Base Commander/COR | None |
| 10.5 Vehicle Maintenance Report | Weekly; every Monday | COR | Contracting Officer/ Commandant Base Commander | See section for special reporting requirements |
| 10.6 GFE Report | Monthly, 1st of every month. | COR | Commandant Base Commander/COR | None |

## 11.0 BASE CAMP REQUIREMENTS.

**11.1 FOOD SERVICE OPERATIONS**. The contractor shall provide furniture and kitchen equipment for dining facility and operate food service operations to accommodate 3 hot meals and cold and/or hot beverages each day IAW the base meal cycle for the area. This includes purchasing and transporting the food into theater, as well as, having the ability to properly store perishable food products, **providing adequate propane gas for cooking and potable water for cooking and washing.**. The contractor shall be prepared to absorb a 10 percent surge of meals **on a 24 hour notice by the COR or Contracting Officer**. Contractors shall provide a secure,

lockable facility for MRE pick up site for feeding in the event that operations run 24 hours. Hours of operation are to be designated by the COR.

**A manning report projecting the head count** for the menus shall be provided by the Base Support Camp Commander manager or his designee, at the beginning of each week.

**11.1.1** Food is to be of Iraqi style fare consisting of varied menus. The contractor should provide a 14-day menu to the COR as part of this service.

**11.1.2** The contractor shall provide, install and maintain hand-wash stations at the entrance of the dining facilities. *(Water required for this task is in addition to water required for consumption & hygiene use as stated in paragraph 11.4)*

**11.1.3** The contractor shall provide a commercial grade dishwasher capable of sanitizing all cookware. *(Water required is in addition to required water for consumption & hygiene use as stated in paragraph 11.4)*

**11.1.4** The Contractor shall provide hard plastic eating utensils, plastic cups for beverages, and paper napkins for each meal. The contractor shall maintain three days supply of paper plates, cups, plastic utensils, and napkins for emergency use.

**11.1.5** The contractor shall be prepared to store and issue Halal MREs or US type non-pork product MREs for lunch feeding and for units operating at night. Contractor shall maintain a daily on hand balance of 10,000 MREs; **under no circumstance however, shall the contractor provide less than a ten (10) day, three (3) meal-a-day supply of MRE's, which will depend on the latest headcount provided to the contractor by the Base Commanders COR or his designee.** Contractor shall be prepared to provide 10% surge capability. Contractor shall coordinate initial receipt of and re-supply of MREs from supply officer (S-4) or the on site commander in charge of operations.

**11.1.6** The contractor shall provide five 1.5 liter bottles of water per day per soldier for drinking purposes only if potable water is not available for personnel in base facility. Contractor is responsible for providing safe drinking water from a local source if available; this requires the contractor to have the organic capability to test for pot-ability (safe drinking water).

The below US Army regulations shall govern this section as it pertains to sanitation issues and serve as the standard to measure the contractors success concerning the above listed food service objectives.

| | | |
|---|---|---|
| AR 30-22 | 08/30/2002 | THE ARMY FOOD PROGRAM |
| PAM 30-22 | 08/30/2002 | OPERATING PROCEDURES FOR THE ARMY FOOD PROGRAM |
| TB MED 530 | 10/30/2002 | FOOD SERVICE SANITATION |

**11.2 BASE CAMP MAINTENANCE.** The contractor shall provide Operations and Maintenance (O&M) for all designated, pre-existing structures, and/or contractor established

facilities. The contractor shall setup and maintain all necessary equipment as directed by the COR/Base Commander.

**11.2.1 REPAIR STATUS REPORTING.** The contractor shall report to the COR and/or Base Commander in the event that repairs will exceed eight (8) hours after failure of the equipment and or/component item have been **self** discovered **by contractor personnel.** Reports must include the problem(s), reason for delay and the estimated time of completion.

**11.2.2 EMERGENCY REPAIRS.** The contractor shall immediately contact the COR in the event of any failure in water, sewage, electric, or general utility networks. The contractor shall respond to emergency repair requests within (1) hour of notification. Emergency repairs include, but are not limited to heating and air-conditioner repair, power failures, water leaks and/or stoppage, and sewage backup and/or stoppage.

**11.2.3 WORK AREA CLEANUP.** The contractor shall clean all work areas daily and upon completion of repairs to a safe and sanitary condition.

| | | |
|---|---|---|
| PAM 700-60 | 12/20/2002 | DEPARTMENT OF THE ARMY SETS, KITS, OUTFITS, AND TOOLS (SKOT) |

**11.3 INVENTORY AND REPAIR.** The contractor shall perform monthly cycle inventories of the property in accordance with the above regulations. The contractor shall be responsible for maintaining all property to FMC (Fully Mission Capable) standards.

**11.3.1 TOOLS AND EQUIPMENT.** The contractor shall provide all tools, equipment for operation, materials, consumable/non-consumable repair parts and test and diagnostic equipment required to conduct repairs and maintenance.

**11.4 WATER SYSTEMS.** The contractor shall operate and maintain all components of existing water systems to include water treatment for potable water. If an existing water system does not exist, contractors shall provide 30 liters of potable water per person each day for showers and personal hygiene use. The following provides the standards the contractor shall adhere to:

| | | |
|---|---|---|
| TB MED 577 | 03/07/1986 | Sanitary Control and Surveillance of Field Water Supplies |
| TM 5-813-3 | 09/16/1985 | Water Supply, Water Treatment |
| TM 5-813-4 | 09/20/1985 | Water Supply, Water Storage |
| TM 5-813-5 | 11/03/1986 | Water Supply, Water Distribution |

**11.5 ELECTRICAL.** The contractor shall maintain, repair, and/or replace electrical systems and equipment to include, but not limited to, lighting, air-conditioning/heating, refrigeration, freezer, electrical outlets (220V), generators, for Base operations. The contractor shall provide generator support for each battalion level facilities, which includes primary and back up generators. The following provides the standards the contractor shall adhere to:

| | | |
|---|---|---|
| TM 5-685 | 08/26/1996 | Operation, Maintenance and Repair and Repair of Auxiliary Generators |
| TM 5-811-6 | 01/20/1984 | Electric Power Plant Supply |

**11.6 BULK FUEL AND GAS STATION SERVICES.** The Contractor shall establish a bulk fuel resupply of on site storage facilities or fuel tankers. This is not expected to exceed 10,000 US gallons of diesel and 5,000 US gallons of benzene per week. **Contractors shall work with Government logistics personnel to coordinate purchase of fuel through approve selling locations as authorized by the Ministry of Oil. "Black Market" fuel purchases will not be allowed and will be subject to automatic termination if contractor is proven to have breached this rule.**

**11.7 WASTE MANAGEMENT**. The contractor shall operate and maintain waste management systems and programs for all facilities, to include refuse containers, dumpsters, disposal of septic and food waste, and the collection and removal of gray & black water. Where public waste management systems do not exist the contractor shall provide pump and disposal services. The following provides standards the contractor shall adhere to:

| | | |
|---|---|---|
| TM 5-634 | 05/01/1990 | Solid Waste Management |
| PAM 420-47 | 06/01/1978 | SOLID WASTE MANAGEMENT |

**11.8 HAZARDOUS MATERIAL (HAZMAT).** The contractor shall provide all materials and perform all services necessary for the collection, storage, and disposal of HAZMAT. Contractor shall fall under the purview of the on site commander and/or COR regarding HAZMAT requirements. The following provides standards the contractor shall adhere to:

| | | |
|---|---|---|
| TM 5-814-7 | 11/29/1984 | Hazardous Waste Land Disposal/Land Treatment Facilities |

**11.10 BILLETING SERVICE.** The allocation of accommodation to tenant units will be directed by the Base Commander or his designee. The Contractor shall provide cleaning services of all tentage common areas to include refuse disposal as directed by the COR.

**11.11 LAUNDRY SERVICES.** To be confirmed.

**11.13 HOUSEKEEPING SERVICES.** The contractor shall provide general cleaning, housekeeping, and refuse disposal to all common areas to include, dining facilities, latrines, and showers.

**11.14 LATRINE AND SHOWER FACILITIES:** The contractor shall provide latrine facilities for a population ratio of 1:20 gender neutral soldiers. The contractor shall also provide shower facilities for a ratio of 1:30 soldier's gender neutral. In addition, contractors shall retain adequate supplies to facilitate latrine and shower facility repairs. Turkish style Porta-johns shall be

provided with one waterless soap dispenser for every three Porta-Johns. Additional Porta-John requirements, as they become identified by the COR or Base Commander, shall be installed. Note: Not conducive to FFP

**11.15 MEDICAL FACILITIES: (Contracting staff only)** Contractor shall provide, to the maximum extent possible, immediate first aid to all hired host / local national personnel. It is the contractor's responsibility to provide evacuation of injured personnel to local hospital/medical facility.

**11.16 BASE CAMP SUPERVISOR:** Contractor shall coordinate with the Operations Officer (S3) or the on site commander in charge of operations to determine location on the ground where life support facilities will be established **during mobilization**. In coordination with Operations Officer or commander, contractor shall report to the commander or his direct representative for all issues concerning establishment and daily operations of the Base Support Camp.

## Contract Terms and Conditions-Commercial Items.

Contract Terms and Conditions-Commercial Items

(a) ***Inspection/Acceptance***. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or re-performance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights-

(1) Within a reasonable time after the defect was discovered or should have been discovered; and

(2) Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) ***Assignment***. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any lending agency, similar to the United States Law(s). However, when a third party makes payment, the Contractor may not assign its rights to receive payment under this contract.

(c) ***Changes***. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) ***Disputes.*** This contract is subject similar to the United States Law(s) with the Contract Disputes Act of 1978. Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) ***Definitions***. Definitions, is incorporated herein by reference.

(f) ***Excusable delays***. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) ***Invoice***.

(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include-

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (*e.g.*, 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer-Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled similar to the United States Laws with with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) ***Patent indemnity***. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) *Payment*.-

(1) ***Items accepted***. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) ***Prompt payment***. The Iraqi Government will make payment similar to the United States Laws with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(3) ***Discount***. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(4) ***Overpayments***. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) ***Risk of loss***. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) ***Taxes***. The contract price includes all applicable local taxes and duties.

(l) ***Termination for the Government's convenience***. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) ***Termination for cause***. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and
remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) ***Title***. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) ***Warranty***. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) ***Limitation of liability***. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) ***Other compliances***. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.
(s) ***Order of precedence***. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order:
(1) The schedule of supplies/services.
(2) The Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause.
(3) Addenda to this solicitation or contract, including any license agreements for computer software.
(4) Solicitation provisions if this is a solicitation.
(5) Other paragraphs of this clause.
(6) The Standard Form 1449.
(7) Other documents, exhibits, and attachments.
(8) The specification.

## Additional, Specific Clauses:

### Point of Contact:

To Be Announced

**Anticipated Delivery Date: No Later than OCT 28, 2004**

**Additional Invoice Instructions: All invoices must be accompanied by a copy of the signed SF 1449 and must be endorsed by the authorized Government person receiving the products on line 32b. An invoice sent by the vendor to the payment office without an authorized receiving signature on line item 32b will delay payment without penalty of the Government.**

**Inspection and Acceptance: Inspection and acceptance will be accomplished upon delivery by the Government receiving officer.**

### Packing/Marking Instructions:

1. All shipments shall be marked "Iraq Reconstruction Program" and "Shipment in transit for Humanitarian Purposes"
2. The contract number "USMI-04-CONTIGFOB -01" and "FOB MOD CONTIG" shall be clearly and visibly printed on each package, bundle, pallet or container.