IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LAUDES CORPORATION, Plaintiff, | ) | |
| v. | ) | Case No. 1:08-cv-00121 |
| THE UNITED STATES, Defendant. | ) | (Judge Thomas C. Wheeler) |

APPENDIX OF EXHIBITS TO

PLAINTIFF'S OBJECTIONS IN OPPOSITION TO
DEFENDANT'S MOTION FOR DISMISSAL
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND PLAINTIFF'S
ALTERNATIVE MOTION FOR CONTINUANCE FOR PURPOSES OF DISCOVERY
PURSUANT TO RCFC 56(f)

Respectfully submitted,

PLAINTIFF, LAUDES CORPORATION

Mark G. Jackson, WSBA #18325

GARVEY SCHUBERT BARER
1191 Second Avenue, Suite 1800
Seattle, Washington 98101
(206) 464-3939
(206) 464-0125 – fax

# INDEX TO LAUDES' APPENDIX

| ***Exhibit No.*** | ***Description*** |
|---|---|
| LA-1, pp. 1-8 | October 19, 2004, E-mails between Col. Saul, (MFN-I) and Lt Col. Hobson (PCO) re EFIC work specifications and funding |
| LA-2, pp. 1-5 | October 20, 2004, E-mails to S. Ellis from T.J. McLaren |
| LA-3, pp. 1-3 | November 1, 2004 PCO Memo from Maj. Caryer, Contracting Officer, PCO, Appointing Lt. Col. Hobson as Contracting Officer's Representative for Contract No. USMI-04-CONTINGFOB-01 |
| LA-4, pp. 1-2 | November 15, 2004, E-mail to L. Underwood from T.J. McLaren |
| LA-5, pp. 1-7 | January 2, 2005 E-mail to S. Ellis from T.J. McLaren |
| LA-6, pp.1 | March 27, 2005, E-mail from T.J. McLaren to J. Bachinsky |

-----Original Message-----
From: David.Saul@vcmain.hq.c5.army.mil
[mailto:David.Saul@vcmain.hq.c5.army.mil]
Sent: Tuesday, October 19, 2004 10:02 PM
To: Hobson, Mark A. (USA); marrpm@state.gov
Cc: Ping, Bill (O4); McLaren, TJ (CACI);
Roger.Ahuarez@vcmain.hq.c5.army.mil;
Virgil.Williams@vcmain.hq.c5.army.mil
Subject: RE: Contract Update

Classification: UNCLASSIFIED

Caveats: NONE

Mark,

We need some tents up by the 28 Oct as well. We can give you the exact locations on Wed.(tomorrow).

Let me know when this thing is out.

Regards,

David Saul
Colonel
Chief of Strategic Plans
DCSSUSTAIN, MNF-I

318-822-1243

---

From: Hobson, Mark A. (USA) [mailto:mark.hobson@CPA-IQ.ORG]
Sent: Tuesday, October 19, 2004 6:50 PM
To: David.Saul@vcmain.hq.c5.army.mil; marrpm@state.gov
Cc: Ping, Bill (O4); McLaren, TJ (CACI);
Roger.Ahuarez@vcmain.hq.c5.army.mil;
Virgil.Williams@vcmain.hq.c5.army.mil
Subject: RE: Contract Update

Col Saul,

I still believe we can have basic support (food, waste removal) in place

in seven days from going out on the street and phase in the rest. I will get with Mr. Marr to iron out the funding so we can officially get this on the street. I assume Mr. Marr will be able to provide me the locations when I see him on the funding.

V/R

Mark

-----Original Message-----
From: David.Saul@vcmain.hq.c5.army.mil
[mailto:David.Saul@vcmain.hq.c5.army.mil]
Sent: Tuesday, October 19, 2004 5:36 PM
To: Hobson, Mark A. (USA); marrpm@state.gov
Cc: Ping, Bill (O4); McLaren, TJ (CACI);
Roger.Ahuarez@vcmain.hq.c5.army.mil;
Virgil.Williams@vcmain.hq.c5.army.mil
Subject: RE: Contract Update

Classification: UNCLASSIFIED

Caveats: NONE

Mark,

Patrick has the money trail sorted out.

Final guidance on numbers today - 2200 in each location.

I need to build in the option to increase the meal component by up to 25%. Can we do something like this with 7 days notice?

Thanks for your work - Patrick, LTC Hobson can be reached on 239 9222.

Regards,

David Saul
Colonel
Chief of Strategic Plans

DCSSUSTAIN, MNF-I

318-822-1243

---

From: Hobson, Mark A. (USA) [mailto:mark.hobson@CPA-IQ.ORG]
Sent: Tuesday, October 19, 2004 5:06 PM
To: David.Saul@vcmain.hq.c5.army.mil
Cc: Ping, Bill (O4); McLaren, TJ (CACI); Roger.Ahuarez@vcmain.hq.c5.army.mil
Subject: RE: Contract Update

Col Saul,

We will make the final two changes, and just to make, sure does this represent a final draft that we will use to engage contractors?

Any idea when we will have funding?

We can begin some preliminary heads up with contractors until funding is obtained.

V/R

Mark

-----Original Message-----
From: David.Saul@vcmain.hq.c5.army.mil [mailto:David.Saul@vcmain.hq.c5.army.mil]
Sent: Tuesday, October 19, 2004 5:03 PM
To: Hobson, Mark A. (USA)
Cc: Ping, Bill (O4); McLaren, TJ (CACI); Roger.Ahuarez@vcmain.hq.c5.army.mil
Subject: RE: Contract Update

Mark - team,

Have looked at the revised SOW you sent me only two points I would like

noted -

I do not want the contractor going to MNSTC-I for fuel locations etc - if you want to give the guy the list of approved sites please do.

4 vs 5 bottles of water - no big deal - 6 seemed standard here with plenty of other potable available and drinks provided as part of the ration package.

Thanks for your help,

David Saul
Colonel
Chief of Strategic Plans
DCSSUSTAIN, MNF-I

318-822-1243

---

From: Hobson, Mark A. (USA) [mailto:mark.hobson@CPA-IQ.ORG]
Sent: Tuesday, October 19, 2004 3:13 PM
To: David.Saul@vcmain.hq.c5.army.mil
Cc: Ping, Bill (O4); McLaren, TJ (CACI)
Subject: RE: Contract Update

Col Saul,

Just a few final considerations we have on the SOW. We are standing by.

V/R

Mark

-----Original Message-----
From: David.Saul@vcmain.hq.c5.army.mil
[mailto:David.Saul@vcmain.hq.c5.army.mil]
Sent: Tuesday, October 19, 2004 10:27 AM
To: Hobson, Mark A. (USA)
Cc: marrpm@state.gov; Ping, Bill (O4);
Roger.Ahuarez@vcmain.hq.c5.army.mil;
Virgil.Williams@vcmain.hq.c5.army.mil
Subject: RE: Contract Update

Classification: UNCLASSIFIED

Caveats: NONE

Mark,

Acknowledge your concern - the stated figure is 3600 (but that could change).

I have the two locations - just did not want to send them over this means and I have a MEF POC standing by.

Can you give me an idea of tent costs - that will give everyone an option ie. Use our own tents or hire tents.

Regardless of the Marines requirements clearly we need portaloos/waste management in loc by 28 Oct.

There is still an option to eat hard rations for a few days if necessary this may allow the contractor to ramp up to one fresh per day then two fresh per day etc. What is the going rate for a fresh Iraqi meal? Is it likely a DFAC will be located in both camp locations?

To be honest no one has an idea how many will be required in loc for how long - I would not comment here, but there will be some enduring support.

I am not sure how this affects the contracting mechanism but I was under the impression that even with a DFAC etc we budgeted the Iraqi $10m for a bde (5000) over three months, I am not expecting anything like that duration or cost here.

I will do a quick cut and paste of the SOW.

Regards,

David Saul
Colonel
Chief of Strategic Plans
DCSSUSTAIN, MNF-I

318-822-1243

---

From: Hobson, Mark A. (USA) [mailto:mark.hobson@CPA-IQ.ORG]
Sent: Tuesday, October 19, 2004 10:04 AM
To: David.Saul@vcmain.hq.c5.army.mil
Cc: Ping, Bill (O4)
Subject: RE: Contract Update

Col Saul,

It appears this requirement is growing well beyond my ability to meet your need in the 7 day window I originally provided. That original estimate was for a DFAC for 2500-3000 people and waste management. This small effort would keep us under the $5 million mark which allows me to execute without advertising the requirement beyond getting three quotes. It appears we are moving well beyond a $5 million dollar effort.

As the requirement grows so grows the time it will take to mobilize a contractor.

I need to get a solid requirement from you on what you basic need is going to be and funding. This requirement needs to not only include all you want the contractor to provide but locations and durations as well.

We have the statement of work elements based on what TJ and Maj McVeigh have developed that your folks can cut and paste from quickly to put this requirement together.

The tentage should not be a problem but will increase the cost and time to mobilize.

This is our number one priority. We will be standing by.

Bills address is bill.ping@cpa-iq.org

V/R

Mark

-----Original Message-----
From: David.Saul@vcmain.hq.c5.army.mil
[mailto:David.Saul@vcmain.hq.c5.army.mil]
Sent: Tuesday, October 19, 2004 9:02 AM
To: Hobson, Mark A. (USA)
Cc: Roger.Alvarez@vcmain.hq.c5.army.mil;
David.Cotter2@vcmain.hq.c5.army.mil
Subject: Contract Update

Classification: UNCLASSIFIED
Caveats: NONE

Mark,

Latest update.

Two locations - projection for Army is 1800 pers per location = 3600 total. Police numbers/locs still to be verified.(talk of local basing)

Full ablutions (Turkish style toilets) both sites

Messing facilities - 3 hot meals per day

Airconditioned tentage (let me know straight away if that is possible), with a floor, fire extinguishers, rubbish bins

Laundry service

Waste service - grey/black water disposal.

Refueling capability.

More to follow - the Marines asked for a palace we are giving them a YMCA - they just need to be refocused.

Please send me MAJ Ping's email address.

Could you indicate how much more information is required to make a start on engaging a contractor?

Marines would like to drive toward 28 Oct.

Kind regards,

David Saul
Colonel
Chief of Strategic Plans
DCSSUSTAIN, MNF-I

318-822-1243

Classification: UNCLASSIFIED
Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

Classification: UNCLASSIFIED

Caveats: NONE

**Main Identity**

**From:** "Ellis, Sandy (CIV)" <EllisSJ@mnstci.iraq.centcom.mil>
**To:** <sandy.ellis@laudescorp.com>
**Sent:** Saturday, April 02, 2005 9:50 AM
**Subject:** FW: IMPORTANT - PLEASE READ IMMEDIATELY - fallujah

-----Original Message-----
From: McLaren, TJ (CACI) [mailto:TJ.McLaren@CPA-IQ.ORG]
Sent: Wed 10/20/2004 11:05 AM
To: Ellis, Sandy (CIV)
Cc: larry.underwood@laudescorp.com
Subject: RE: IMPORTANT - PLEASE READ IMMEDIATELY

Sandy, Larry..

Completely separate issue than the Taji buildup...

FRAGO 01 - - - - - - - -

See attached SOW...just released for your consumption only..this is a temporary base in nature..30 to 90 days...please read...new suspense...09:00, Thursday, 21SEP04...

Order of Battle is the following:

It should be understood that the contractor is required to have in place the entire SOW by the 25th..however, if the tasks of fielding the entire requirement is unattainable, for whatever reason, at an absolute minimum, the contractor must provide the following:

Original email prior to this FRAGO is to be priced and phased in first by the 25th...basic life support. In accordance with the attached SOW, this would be the following sections:

| | |
|---|---|
| Section 09.0 | Tentage |
| Section 11.1 | Food Service Operations |
| Section 11.4 | Water Systems |
| Section 11.5 | Electrical |
| Section 11.7 | Waste Management |

| | |
|---|---|
| Section 11.14 | Latrine and Shower Facilities |

All other Sections in the SOW will be secondary to the priorities listed; the only exception to his rule is Section 11.6, "Bulk Fuel and Gas Station Services"...in order to run a successful FOB, fuel will be needed immediately.

All other SOW requirements will need to be in place (no or before) four (4) days after the first shipment of material and services are placed at the FOB's. These sections are identified as follows:

| | |
|---|---|
| Section 6.0 | Anti-Terrorism and Force Protection |
| Section 7.0 | Contractor Personnel Requirements |
| Section 10.0 | Deliverables |
| Section 11.1 | Base Camp Requirements |
| Section 11.2 | Base Camp Maintenance |
| Section 11.2.2 | Emergency Repairs |
| Section 11.3 | Inventory and Repair |
| Section 11.13 | Housekeeping Services |

Per the SOW, the contractor will have to provide for its own life support.

All other tasks must be completed by 3 days after the second wave of life support is delivered.

In all cases however, it is the desire by the Government to have all services for the FOB, per the attached SOW, No-Later-Than (NLT) the October 28th, 2004.

Exact locations of the FOB's will be disclosed at a later date with another FRAGO issuance.

IT SHOULD BE UNDERSTOOD THAT THERE IS NO GREATER IMPORTANCE TODAY IN ANYONES WORK WORLD THAT IS MORE IMPORTANT THAN THIS REQUIREMENT. PLEASE PRICE AND PLAN ACCORDINGLY.

FINALLY, the Government is asking the contractor provide a one or two page narrative of their master implementation plan for the deployment, mobilization, assembly, construction and support operations of the previously described SOW requirements.

IT IS IMPERATIVE THAT THE GOVERNMENT RECEIVE YOUR AD HOC PROPOSAL AND PRICING BY TOMORROW AT 09:00 HOURS. THE GOVERNMENT EXPECTS TO MAKE A PROMPT AWARD TO THE WINNING CONTRACTOR IN THE AFTERNOON ON 21OCT04 DATE.

IF QUESTIONS, PLEASE IMMEDIATELY EMAIL ME AND I WILL ANSWER QUICKLY. ALSO, MY CELL PHONE NUMBER IS (790) 192-2710. OFFICE NUMBER IS (703) 343-9222.

GOOD LUCK,

TJ

-----Original Message-----
From: McLaren, TJ (CACI)
Sent: Wednesday, October 20, 2004 7:35 AM
To: 'Ellis, Sandy (CIV)'
Cc: 'larry.underwood@laudescorp.com'
Subject: IMPORTANT - PLEASE READ IMMEDIATELY

Sandy;

I've got something very hot...please IMMEDIATELY begin looking at this...I need a ROM from you and your team by 12:00 (noon) today...money and exact SOW will follow later today..

The Government is need of two (2) FOB's..2,500 soldiers each...base ROM pricing from in and around the Baghdad, and/or from within a 65 mile radius of it..

At a minimum, the Government needs you to price the following

- Tentage - 9m x30m - 3 layers and Water Proof
  - To include a plywood floor ¾ inch
  - A/C and Heating capability
  - Electrical, installation, cables; Lighting
  - Fire Extinguishers
  - Smoke Detectors
- Tentage - 17m x30m - 3 layers and Water Proof
  - To include a plywood floor ¾ inch

o A/C and Heating capability

o Electrical, installation, cables, Lighting

o Fire Extinguishers

o Smoke Detectors

o Assembly of all

- Furniture & Fittings

o Single bed and/or cots

o Blankets, Pillows

- Port Latrines

o Installation and/or placement on site

o Removal of Grey and Black water Service

- Shower Trailer

o 12M x 4m

o 10 to 12 Shower Heads

o 10 to 12 Sinks with Mirrors

o 2 to 4 Water Heaters and Water Storage capacity to have continuous showers with break

o cleaning service

- Electrical Works, including supply of:

o Generators of 1.4 MW capacities, with electrical network, Fuel tanks, Sound Proof Casing, and all connections (cabling, junction box, etc), sufficient enough to sustain 2500 soldiers.

- Food Service

o Rapid Response Kitchen Trailer(s)

o All necessary equipment, including:

§ Propane

§ Kitchen Cooking equipment

§ Dining Tables and Chairs

§ Storage - Dry and Refrigerated

§ Plastic Dishware and utensils

§ Hand Wash Stations, with Soap, water, paper towels

o Mix of Western Style meals, varied menu

o Three "Hots" each day

o Food Service to provide for the preparation and serving meals to soldiers, in a timely and professional manner, to include cleanup and proper food sanitation.

This is quick ROM for BASIC SERVICE..again, please build a ROM on this as quick as you can..but NLT than 12:00 today..

This is obviously a mobilization effort...build in all transportation and security costs to be able to move this operation in to place by the 25th of this month...

If I could have told you about this earlier, I would have..still more details coming..

Thanks,

Tj

-----Original Message-----
From: Ellis, Sandy (CIV) [mailto:EllisSJ@mnstci.iraq.centcom.mil]
Sent: Saturday, October 16, 2004 11:32 AM
To: Pallotta, Anne (CIV); Outlaw, Kenneth CPT; srellis12000@yahoo.com; McLaren, TJ (CACI); athier.alomary@laudescorp.com; hadier.alomary@laudescorp.com; larry.underwood@laudescorp.com
Subject: iraqna phone number

all-pleas be advised of my iraqna number change to 790-193-4641. thanks--se

**PROJECT AND CONTRACTING OFFICE**
**BAGHDAD, IRAQ**

Reply to
Contracting Activity

01NOV04

MEMORANDUM FOR _Lt. Col Hobson__, PCO, BAGHDAD, IRAQ

SUBJECT: Designation of Contracting Officer's Representative (COR) for Contract Number:
MAJOR CONWAY______.

1. According to the provision of DFARS 201.602, you are hereby designated as the Contracting Officer's Representative (COR) in administration of the following contract:

a. Contract Number __USMI-04-CONTIGFOB-01___

b. Training and Force Protection at the Counter Terrorism-Special Operations Training Facility, Baghdad, Iraq.

c. The contractor is; ___Laudes Corporation_________

d. The contract period is: ___Dec 21, 2004__________.

2. You are authorized by this designation to take actions with respect to the following that could lawfully be taken by me as contracting officer, except any action specifically prohibited herein or by the terms of the subject contract.

a. Verify that the contractor performs the technical requirements of the contract in accordance with the contract terms, conditions, and specifications.

b. Perform, or cause to be performed, inspections necessary in connection with a. above and verify that the contractor has corrected deficiencies. Perform acceptance for the Government of services performed under this contract.

c. Maintain liaison and direct communication with the contractor. Written communication with the contractor and other documents pertaining to the contract will be signed as "Contracting Officer's Representative" with a copy furnished to the contracting officer.

d. Maintain the contractor's performance and notify the contractor of deficiencies observed during surveillance, and direct appropriate action to effect correction. Record and report to the contracting officer incidents of faulty or nonconforming work, delays, or problems. In addition, you are required to submit a monthly report concerning performance of services rendered under this contract.

e. Coordinate site entry for contractor personnel and ensure that any Government-furnished property is available when required.

f. Resolve problems identified by users.

g. Establish and pursue surveillance plans for inspection of contract work.

**PROJECT AND CONTRACTING OFFICE**
**BAGHDAD, IRAQ**

h. Review quality assurance and inspection reports and take action as appropriate after notifying the contracting officer.

i. Inform the contracting officer of defective or below- warranty contract work standards.

j. Ensure that salvageable material is identified, returned to the appropriate property disposal office, and supporting turn-in documents are place in the contract file.

k. Advise the contracting office when the contractor fails to submit material certifications so the contracting officer can take necessary action.

l. Prepare and submit reports on contract work performance to the contracting officer.

m. Identify contract provisions and specifications that are critical to contract performance.

3. You must adhere to the following limitations.

a. You are not empowered to award, agree to, or sign any contract, (including delivery orders or modification thereto), or in any way obligate the payment of money by the government.

b. You may not take actions that may affect contract or delivery order schedules, funds, or scope.

c. You may not make contractual agreements, commitments, or modifications that involve prices, quantities, quality, or delivery order schedules. These will be made only by the contracting officer.

d. Any violation of the limitations identified above may result in personal liability for unauthorized acts.

4. This designation as a COR will remain in effect through the life of the contract, unless sooner revoked by the contracting officer. This designation as a COR will be revoked should you not successfully complete all necessary COR training within 90 days from this appointment. Such termination of the designation will be in writing. If your designation is revoked for any reason before completion of this contract, turn your records over to the successor COR, or obtain disposition instructions from the contracting officer. If you are reassigned or separated from Government service, you will request termination and relief from your duties from the contracting office sufficiently in advance of reassignment or separation to permit timely selection and designation of successor COR. You may not re-delegate your COR authority.

5. You are further required to maintain adequate records to sufficiently describe the performance of your duties as COR during the life of this contract and to distribute such records as applicable. As a minimum, the COR file will contain the following.

a. A copy of letter of appointment from the contracting officer.

b. A copy of contract or the appropriate part of the contract and modifications thereto.

c. A copy of the applicable Quality Assurance (QA) surveillance plan.

d. Correspondence initiated by the functional representative concerning the performance of the contract.

## PROJECT AND CONTRACTING OFFICE
## BAGHDAD, IRAQ

e. The names and position titles of individuals who serve on the contract administration team. (Approval of the contracting office must be obtained).

f. Record of inspections performed and their results.

g. Memorandums for record or minutes of any pre performance conferences.

h. Memorandums for record or minutes of meetings and discussions with the contractor, or others, pertaining to the contract or contract performance.

i. Applicable laboratory test reports, if any.

j. Records about the contractor's quality control system and plan, and the results of the quality control effort.

k. Copy of the approved surveillance schedule.

6. All personnel engaged in contracting and related activities will conduct business dealings with industry in a manner above reproach in every aspect, and will protect the U. S. Government's interest, as well as maintain its reputation for fair and equal dealings with all contractors. DOD 5500.7-R sets forth applicable standards of conduct for personnel directly and indirectly involved in contracting.

7. Any COR who may have direct or indirect financial interest that would place him or her in a position where there is a conflict between his or her private interests and the public interests of the United States will advise his or her supervisors and the contracting officer of the conflict so that appropriate actions may be taken. A COR will avoid the appearance of such conflict to maintain public confidence in the United States Government's conduct of business with the private sector.

8. You are required to acknowledge to receipt of this appointment on the original copy and return it to the contracting officer for retention in the contract file. Your signature also serves as certification that you should have read and understood the contents of DOD 5500.7-R. The duplicate copy should be retained for your file.

Kenneth R. Caryer
Kenneth R. Caryer, MAJ, USAF
Contracting Officer

Receipt of this appointment is hereby acknowledged:

| | |
|---|---|
| Printed Name | Signature |
| Title | Date |
| Rank/Grade | Telephone |

**Main Identity**

**From:** "McLaren, TJ (CACI)" <TJ.McLaren@CPA-IQ.ORG>
**To:** "Larry Underwood" <larry.underwood@laudescorp.com>; "Sandy Ellis" <sandy.ellis@laudescorp.com>; "Steve Barton" <sbarton@eodt.com>
**Sent:** Monday, November 15, 2004 4:03 AM
**Subject:** RE: Fallujah FOB update

Mr. Underwood;

PCO would be happy to offer our conference room for your meeting. There is a delicate balance that Laudes, EODT and the Government have between each other.

There is and have been strong desires to have this FOB camp succeed. In order for it to succeed, you camp needs security to protect your workers. The example that Lt Col Hobson witnessed during his visit of the FOB with you clearly confirmed that much when the incident of the attempted Iraqi water thievery took place; perhaps with all of your traveling, you have forgotten that incident.

The Government must be assured of the success of its funded projects; as the contracts administrator to this effort, and duly appointed representative to your company and the MNFI, I need to be informed of all decisions that may or may not affect the success of this FOB mission.

Information learned will be immediately passed up to the Government leadership chain of command, both in PCO and MNFI.

Please make sure that I am in your meeting.

Tj

-----Original Message-----
**From:** Larry Underwood [mailto:larry.underwood@laudescorp.com]
**Sent:** Monday, November 15, 2004 10:34 AM
**To:** Sandy Ellis; Steve Barton; McLaren, TJ (CACI)
**Subject:** Re: Fallujah FOB update

Steve,
I appreciate your comments, but the decisions regarding the contract between Laudes Corporation and EODT are to be made by the parties concerned. I have just returned to Baghdad and we need to have a meeting as soon as possible later today. Sandy will telephone you to establish that time.
Thanks and regards,
Larry Underwood

*Sandy Ellis <sandy.ellis@laudescorp.com>* wrote:

> steve - although contracting helped us get our agreement together, this issue will have to be resolved between laudes and eodt. i am in a quandry because of the exact reasons you state. i am hoping larry will return later today, and the 3 of us can discuss. just ask your guys to stand fast until we can resolve this. you have put forth a tremendous effort to make this happen. i am unwilling to recall your folks at this time, in spite of stan's position. please bear with us until we can discuss this further.

hope to speak with you this evening or in the
morning. thanks for your efforts. se
--- Steve Barton wrote:

> Greg/TJ
>
> I talked to Dan Smith our Site Manager at 1300hrs
> today and we are still getting feedback from our
> client, Laudes, and the military that we are not
> wanted or required.
>
> Personally, I think this is very short sighted as
> Laudes Corporate Management does need internal
> security (they just may not realize it). At
> sometime I would expect more life support workers
> and equipment to show up and the earlier problems
> will arise.
>
> Unless this camp is coming down, internal security
> will be required. However, we need to know if we
> are to stay and continue to improve our area or
> should we start a contingency plan to depart.
>
> Appreciate any information you can provide.
>
> Steve Barton
> EODTechnog
>

=====

Sandy Ellis
Laudes Corporation
MCI 914-822-9284
Iraqna 790-146-3845
email sandy.ellis@laudescorp.com
email sandy.ellis@central.iraq.centcom.mil

*Larry Underwood*
**Laudes Corporation Iraq**
**Tel: +964-(0)790-1913905**
larry.underwood@laudescorp.com
larry_laudes@yahoo.com

**Main Identity**

**From:** "McLaren, TJ (CACI)" <TJ.McLaren@CPA-IQ.ORG>
**To:** "Sandy Ellis" <sandy.ellis@laudescorp.com>; "carter andress" <candress@aisgiraq.com>
**Cc:** "Larry Underwood" <larry.underwood@laudescorp.com>; "Pete Baldwin" <pbaldwin@aisgiraq.com>; "Carlos Flores" <cflores@aisgiraq.com>
**Sent:** Sunday, January 02, 2005 8:42 AM
**Subject:** EFIC Invoice(s)

Ms Ellis;

The PCO contracts shop is very much a part of the East Fallujah Camp Agreement (EFIC); one of our remaining responsibilities under our arrangement with our MOD contract brethren is ensure that your firm is paid timely and without delay by the MOD budget office after receiving your firm's final invoice. PCO initiated dialogue with Laudes on this very matter over two weeks ago. The contentious nature of payment between Prime contractor and subcontractor, on a Military Base that is contractually administered by our PCO office, has now placed our office in slightly different role than was originally anticipated by the leadership of PCO and MOD; the inability of Laudes to definitize the remaining subcontractor invoice (s) on the Prime contract has now permitted the PCO contract shop to assume direct authority over the payment process concerning this contract.

PCO will allow both parties involved, two (2) more days to settle the issues between your respective companies before PCO renders a decision for both parties as to their final billing(s).

In addition, PCO contracts will ensure fair payment of the monies owed once payment from the MOD is seen as impending. In the extreme that Laudes Corporation and AISG cannot find a solution, PCO will provide the opportunity to have each contractor separately bill their PCO approved invoices to the MOD separately. Under this approach, PCO assumes direct authority over the process of payment and the responsibility of deficiencies, if any, concerning any lingering details of the on-going EFIC operation.

Please do not make the mistake or be confused in anyway that PCO is anything other than deeply involved in the EFIC agreements, including all subcontractor complaints, constraints or complements of any kind. This viewpoint applies to all subcontractors under the original Prime Contract, namely, USMI-CONTINGFOB-01.

Tim McLaren "Tj"
PCO Contracts Activity
Sr. Contracts Administrator
US Embassy, Iraq

-----Original Message-----
From: Sandy Ellis [mailto:sandy.ellis@laudescorp.com]
Sent: Sunday, January 02, 2005 1:30 PM
To: carter andress
Cc: Larry Underwood; Pete Baldwin; McLaren, TJ (CACI); Carlos Flores
Subject: Re: Revised Invoice 2040 CORRECTION

carter and crew - a few notes before i begin revising your latest bill for larry's review for payment.

1. why are you including tj on these emails? contracting has no play in this agreement. this contract is between aisg and laudes.

2. fuel point was not operational on 21 dec so was not 100%.

3. dfacs were not operational on 21 dec. not 100%. you may have had the bain marie on order but was not on hand nor installed. will not be paid.

4. no plans were ever received for site layout or load analysis. in fact, according to the verbal load analysis your company provided, we would have had to purchase at least 4 more generators. will not be paid.

5. supply and install grounding wires, rods and clamps. max cost for this effort at extrordinary markup is about $100 per tent and shower. and there were only 60 tents plus the dfacs and shower trailers, not 80.

6. kitchen conversion - you have charged for renovations in multiple places. your costs for electrical plus spackling, floors, windows, cleaning area, plumbing far exceeds work performed. please bring costs down to reality.

7. change orders - unwilling to pay for these items twice - you charged for them in the line of cost, plus added them to the end. not acceptable.

8. you provided smaller tanks than bid. cost should be less.

9. testing and commissioning for most of these itmes is unacceptable. if work was done properly, testing consists of turning stuff on.

10. cleaning is part of the job, not a separate task.

11. food coolers and kitchen utensils were not procured for our use. no mermite meals pushed forward. delete from the bill.

12. sterilizer - part of kitchen construction. you had to have this to start with. the sterilizer was not provided.

13. operating expenses for kitchen. - prices were supposed to be for 4000 per day. according to your folks, only had capabilities for 2000. costs need to be redone to reduce to that level. failed to take that into consideration when i did last revision.

14. tables and chairs were not in 1 dfac on 21 dec. not complete

15. installing steps for shower trailers consisted of taking them from inside the trailer and setting them on the ground. this is not "installation".

16. cleaning up construction efforts in the showere trailers is cleaning. not paying for them twice.

17. pvc piping for water and drain pipe consists of about 15 feet of 4" pvc above ground. there are no sewage lines. please revise to a reasonable cost for this effort.

18. install acu on conctrete pads. none provided. the units were placed and wired. only 192 total installed, not 340. electrical billed elsewhere. please revise to actual efforts.

19. disposal of trash was dumping the truck.. this is double charging.

20. generator mechanicss - no maintenance provided. please delete.

21. custodial helpers - costs already covered under services.

22. tools - no tools purchased for maintenance to be left with customer. tools were what the workers brought with them. if these are valid charges, please provide inventory list of tools and application for handover to customer.

23. accomodations did not incur costs to aisg.

24. vehicles for supervision/maintenance crews are old vehicles and remained with aisg. no vehicles provided that justified these costs.

25. water movement for kitchen not performed by aisg. please reduce for this effort.

26. fuel costs for kitchen was for max 2000 soldiers rather than bid for 4000. please reduce for this effort.

we will be reworking our revision to include these concerns. hope to see your revisions first. this needs to be concluded,so the bill can be submitted to pco to finalize. you prompt attention to this matter would be greatly appreciated. thanks--se

--- carter andress <candress@aisgiraq.com> wrote:

> Dear Sandy,
>
> Please disregard earlier email on Revised Invoice
> 2040.
>
> The attached is the proper revised invoice. Please
> see below and
> attached.
>
> Thank you,
>

> Carter
> -----Original Message-----
> From: carter andress [mailto:candress@aisgiraq.com]
> Sent: Friday, December 31, 2004 6:17 PM
> To: 'Ellis Sandra Mrs. (CIV)'
> Cc: Carlos Flores (cflores@aisgiraq.com);
> (TJ.McLaren@CPA-IQ.ORG); Pete
> Baldwin (Pete Baldwin);
> (larry.underwood@laudescorp.com)
> Subject: RE: Fw: Revised Invoice 2040
>
>
> Dear Sandy,
>
> Please find attached our final revised invoice 2040
> for the EFIC
> project.
>
> After exhaustive analysis, we calculated that the
> total due ASICS ten
> days net from submittal of invoice 2040 on 22
> December from the EFIC
> project is: $1,434,432.75.
>
> We have included change orders noted in yellow
> background and listed at
> the end of the spreadsheet. These were all done with
> the approval of
> Stan Ellis on site and were required for successful
> accomplishment of
> the project.
>
> Please note that for printing/reading purposes you
> should lay out the
> first page side by side with the second page, the
> third with the fourth,
> and so on.
>
> Thank you very much for the opportunity. Happy New
> Year's!
>
> Yours,
>
> Carter Andress
> Vice President of Operations
> American-Iraqi Solutions Group
> www.aisgiraq.com
> ++964-(0)-7901-916-059
> 1-914-822-4337
>
> This e-mail may contain PRIVILEGED AND CONFIDENTIAL
> information, or
> information otherwise protected from disclosure.
> The information
> contained in this e-mail, including any attachments,
> is intended only
> for the personal and confidential use of the
> intended recipient. If for
> any reason you receive this e-mail in error, please
> notify Carter

> Andress immediately by phone at 1 (914) 822- 4337
> and immediately
> destroy the original e-mail, attachments and any
> copies. Thank you.
>
>
>
> -----Original Message-----
> From: Ellis Sandra Mrs. (CIV)
> [mailto:sandy.ellis@iraq.centcom.mil]
> Sent: Thursday, December 30, 2004 11:50 AM
> To: Carlos Flores; Sandy Ellis
> Cc: FLORYBE; Carter Andress; Orlando Abano; Pete
> Baldwin; Larry
> Underwood
> Subject: RE: Fw: Revised Invoice 2040
>
>
>
> Standing by! Thanks--se
>
>
>
> Sandy Ellis
>
> Comptroller
>
> Laudes Corporation
>
> MCI 914-822-9284
>
> Iraqna 0790-193-4641
>
> DSN 318-239-9554
>
> email sandy.ellis@laudescorp.com
>
> email sandy.ellis@orha.centcom.mil
>
> email ellissj@mnstci.iraq.centcom.mil
>
>
>
> -----Original Message-----
> From: Carlos Flores
> [mailto:cfloresaisgiraq2004@yahoo.com]
> Sent: Thursday, December 30, 2004 11:46 AM
> To: Sandy Ellis; Ellis Sandra Mrs. (CIV)
> Cc: FLORYBE; Carter Andress; Orlando Abano; Pete
> Baldwin
> Subject: Re: Fw: Revised Invoice 2040
>
>
>
> Sandy:
>
>
>
> Thank you for your prompt reply. We are working on a
> response and you

> should have it today COB.
>
>
>
> Regards.
>
>
>
> Carlos Flores
>
> AICS Construction Manager
>
>
> ----- Original Message -----
> From: "Sandy Ellis"
> To: "Carlos Flores"
> Cc: "Orlando Abano" ; "Paris Woodhams"
> ; "Pete Baldwin" ; "Carter
> Andress" ; "FLORYBE" ; "Jesse
> Parker" ; "Larry Underwood"
>
> Sent: Wednesday, December 29, 2004 12:17 AM
> Subject: Re: Revised Invoice 2040
>
>
> > carlos - that is fine. but had received no
> response
> > to date. your lack of response indicated
> acceptance
> > to me. would appreciate your earliest response so
> we
> > can get this concluded. thanks--se
> > --- Carlos Flores
> > wrote:
> >
> > > Sandy:
> > >
> > > We have received your revised version of our
> Invoice
> > > 2040 and we find it unacceptable. As this is a
> > > contract between two parties, we have a right to
> > > contest your revised version. We hope that you
> do
> > > not expect that your revised version is the
> final
> > > word on this. We will resubmit a counter
> response to
> > > your revised version of our invoice by tomorrow.
> > >
> > > Thank you.
> > >
> > > Carlos Flores
> > > AICS Construction Manager
> > >
> > >
> > > --------------------------------
> > > Do you Yahoo!?
> > > Yahoo! Mail - Helps protect you from nasty
> viruses.
> >

```
> >
> > =====
> > Sandy Ellis
> > Laudes Corporation
> > MCI 914-822-9284
> > Iraqna 790-146-3845
> > email sandy.ellis@laudescorp.com
> > email sandy.ellis@central.iraq.centcom.mil
> >
>
>
=== message truncated ===

> ATTACHMENT part 2 application/pdf name=FINAL REVISED
INVOICE # 2 (2040) (2)3.pdf


=====
Sandy Ellis
Laudes Corporation
MCI 914-822-9284
Iraqna 790-146-3845
email sandy.ellis@laudescorp.com
email sandy.ellis@central.iraq.centcom.mil
```

**Administrator**

**From:** McLaren, TJ
**Sent:** Sunday, March 27, 2005 3:43 AM
**To:** Bachinsky, James R.
**Subject:** FALLUJAH PAYMENT TO LAUDES (NOT)

EFIC HAS ALREADY BEEN CAPPED BY STATE DEPARTMENT, CURTISY OF MR. PATRICK MARR.....I HAVE OLD EMAILS ON THIS......LAUDES ROYALLY F#%K'D UP ON THE ORIGINAL EFIC EFFORT AND HAS NEVER TAKEN RESPONSIBLITY FOR THEIR ACTIONS......LT. COL HOBSON INITIALLY GAVE THEM THE BOOT, THEN EXPLAINED TO THEM WHY HE WASN'T GOING TO PAY THEM THE REMAINING $8 MILLION.....SANDY TRIED TO PULL AN END AROUND AND TOOK THE INVOICE DIRECTLY TO THE MOD INSTEAD.....DR. ZAIAD AND SECRETARY GENERAL BRUSKA HAND WALKED THE LAUDES INVOICE DOWN TO BRITISH/COALITION MOD REPRESENTATIVE AND HE THEN GAVE IT MR. MARR.....

SANDY ALREADY KNOWS THE ANSWER TO THIS QUESTION (WHETHER OR NOT THE IRAQI GOVERNMENT WILL BE PAYING THE FINAL $8 MILLION INVOICE).....SHE'S RELENTLESS.....I'LL GIVE HER THAT MUCH.....

I HAVE THE DOCUMENTATION ON WHAT HAPPENED TO CONVINCE EVERYONE IN THE LOOP WHY WE (MOD) ARE NOT PAYING HER.......INCLUDED IN THAT GROUP IS MAJ ALVEREZ AND MAJ KEITH MCVEIGH.....WE ALL KNOW THE DEAL.....SANDY AND UNDERWOOD ARE JUST TRYING TO PULL A FAST ONE.......IF THEY WOULD HAVE DONE THE WORK.....THEY WOULD HAVE GOTTEN PAID A LONG LONG TIME AGO.....

TJ

---

**From:** Bachinsky, James R.
**Sent:** Sun 3/27/2005 1:06 PM
**To:** 'Larry Underwood'
**Cc:** Floyd, Mark; James, Douglas; sandy.ellis@laudescorp.com; McLaren, TJ
**Subject:** RE: kmtb contract

**Larry,**

**I will check with J8 again. As I told you, J8 informed me they processed your payment on 8 March 05. I'm not sure why the problems with payment. I too am confused about this? I will try and get you an answer today.**

**Regarding KMTB. It does not look like the option will get exercised. Who the Iraqi's choose to do business with I can't say? But yes, they can go to whomever they like. Its their country.**

**V/r**

***Jim***